# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148448

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 148448
COA: 313828
Monroe CC: 12-039436-FH

MATTHEW EDWARD SIDERS,
　　　　Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 15, 2013 order of the Court of Appeals is considered. We DIRECT the Monroe County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall specifically address the defendant's contention that the trial court erred in assessing 5 points under Offense Variable (OV) 17, MCL 777.47.

      The application for leave to appeal remains pending.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2014

Clerk

d0416